Richard Warren Shuben, SBN 171970
Law Office of Richard Warren Shuben
7041 Owensmouth Avenue, Suite 102
Canoga Park, California 91303
(818) 883-9473; (818) 888-8101 Facsimile

Attorney for Jose and Dianna Eisenberg, debtors

**FILED & ENTERED**

**MAR 04 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Jose and Dianna Eisenberg,<br><br>　　　　　　Debtors.<br>_____<br><br>Jose and Dianna Eisenberg,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>IndyMac Bancorp, Inc.<br><br>　　　　　　Defendant.<br>_____ | Bankruptcy Case No.: SV08-15573KT<br><br>Adv. No.: 08-01615<br><br>CHAPTER 13 PROCEEDING<br><br>ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN JOSE EISENBERG, DIANNA EISENBERG AND INDYMAC BANCORP, INC. UNDER LOCAL RULE 9019<br><br>Date:　　　To Be Determined<br>Time:　　　To Be Determined<br>Courtroom: 301<br>Judge:　　　Kathleen Thompson |

**ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN JOSE EISENBERG, DIANNA EISENBERG AND INDYMAC BANCORP, INC. UNDER LOCAL RULE 9019**

Jose and Dianna Eisenberg, plaintiffs in the above-captioned adversary proceeding and debtors in the above-captioned chapter 13 bankruptcy case ("Plaintiffs or Debtors"), entered into an agreement with Indymac Bankcorp, Inc. ("Indymac"), dated as of February 5, 2009 (the "Settlement Agreement") to treat Indymac's second trust deed recorded against the Plaintiffs' home as a fully unsecured mortgage claim in this chapter 13 case. Having reviewed Plaintiffs' motion and the arguments in support of approving the Settlement agreement, the court finds that the Settlement Agreement was made in good faith and that the Settlement Agreement reflects a negotiated resolution of the secured claim now held by Indymac,

THEREFORE, IT IS HEREBY ORDERED that:

1. The Settlement Agreement is approved;

2. Indymac's claim shall be treated as a general unsecured claim in this Chapter 13 case and in the debtors' plan of reorganization; and

3. In the event that this case is dismissed or the Debtors do not receive a discharge entered on completion of payments under a confirmed chapter 13 plan, Indymac's mortgage lien claim shall be reinstated as a secured claim.

###

DATED: March 4, 2009

_Kathleen Thompson_
United States Bankruptcy Judge

# Service List

Dianna Eisenberg

18310 Ludlow Street

Northridge, CA 91326


Jose Eisenberg

18310 Ludlow Street

Northridge, CA 91326


Richard Shuben, Esq.

7041 Owensmouth Avenue, Suite 102

Canoga Park, CA 91303


Elizabeth F. Rojas, Chapter 13 Trustee

15060 Ventura Blvd., Suite 240

Sherman Oaks, CA 91403


United States Trustee

21051 Warner Center Lane, #105

Woodland Hills, CA 91367

1
2
3  Matthew D. Tokarz, Esq.
4  Miles, Bauer, Bergstrom & Winters, L.L.P. (Countrywide counsel)
5  1665 Scenic Avenue, Suite 200
6  Costa Mesa, CA 92626
7
8
9  Kerry Moynihan, Esq.
10 Malcolm & Cisneros (Indymac counsel)
11 2112 Business Center Drive, 2nd Floor
12 Irvine, CA 92612-1001
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28